*Edward W. Pemberton* v. *Oliver P. Mills et al.* H. F. CLARK, for appellant; J. RHOADES, for respondents. Order of the vice

chancellor denying application for appointment of a receiver affirmed with costs.